No. A–590 (73–1221). CONTINENTAL CASUALTY CO. *v.* WARD. Application for stay of execution of judgment of the Supreme Court of Ohio and for approval of supersedeas bond, presented to MR. JUSTICE DOUGLAS and by him referred to the Court, denied.

No. 72–1603. CARDWELL, WARDEN *v.* LEWIS. C. A. 6th Cir. [Certiorari granted, 414 U. S. 1062.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of petitioner granted and 15 minutes allotted for that purpose. Respondent allotted 15 additional minutes for oral argument.

No. 73–434. MILLIKEN, GOVERNOR OF MICHIGAN, ET AL. *v.* BRADLEY ET AL.;

No. 73–435. ALLEN PARK PUBLIC SCHOOLS ET AL. *v.* BRADLEY ET AL.; and

No. 73–436. GROSSE POINTE PUBLIC SCHOOL SYSTEM *v.* BRADLEY ET AL. C. A. 6th Cir. [Certiorari granted, 414 U. S. 1038.] Motion of Inter-Faith Centers for Racial Justice, Inc., for leave to file a brief as *amicus curiae* granted. Motion of National Suburban League, Ltd., for leave to file a brief as *amicus curiae* in No. 73-434 granted.

No. 73–557. JENKINS *v.* GEORGIA. Appeal from Sup. Ct. Ga. [Probable jurisdiction noted, 414 U. S. 1090.] Motion of Directors Guild of America, Inc., for leave to participate in oral argument as *amicus curiae* denied.